IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | |
|---|---|
| CALIFORNIA PALMS ADDICTION RECOVERY CAMPUS, INC., *et al.*, | ) CASE NO. 4:21 CV 2188 ) ) |
| Plaintiffs, | ) JUDGE JOHN R. ADAMS ) |
| v. | ) ) ) |
| UNITED STATES OF AMERICA, | ) ) |
| Defendant. | ) |

**UNITED STATES' NOTICE OF RELATED CASE**

The United States of America, by and through the undersigned counsel, respectfully submits the within Notice of Related Case advising the Court that the United States filed a civil complaint in forfeiture on January 11, 2021, in *United States v. $582,932.89 in Funds Seized on October 7, 2021, etc., et al.* Case No. 4:22CV057, which relates to the same seized funds which are the subject matter of the captioned case pending before this Court. The related case was assigned to Judge Benita Y. Pearson.

Respectfully submitted,

BRIDGET M. BRENNAN
United States Attorney
Northern District of Ohio


By: /s/ Henry F. DeBaggis .
Henry F. DeBaggis (OH: 0007561)
James L. Morford (OH: 0005657)
Assistant United States Attorneys
400 United States Court House
801 West Superior Avenue
Cleveland, Ohio 44113
(216) 622-3749 / 622-3743
Henry.DeBaggis@usdoj.gov
James.Morford@usdoj.gov